UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TYRONNE CLARK,                                              CV-02-3682   (ADS) (ETB)
                          Plaintiff,

                                                            STIPULATION AND ORDER OF
        - against -                                         DISCONTINUANCE

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, POLICE
OFFICER CEFALU and POLICE OFFICER
HELMKE in their official and individual
capacities,
                          Defendants.
----------------------------------------------------------X

   IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
       September / August 1, 2004

| LAW OFFICES OF | LORNA B. GOODMAN |
| FREDERICK K. BREWINGTON | Nassau County Attorney |
| By: _____ | By: _____ |
| Frederick K. Brewington (FB 5295) | Carl Sandel (CS 3594) |
| 50 Clinton Street | Deputy County Attorney |
| Hempstead, New York 11550 | One West Street |
| (516) 489-6959 | Mineola, New York 11501 |
| Attorneys for Plaintiff | (516) 571-30134 |
|  | Attorneys for Defendants |

SO ORDERED:


_____
Hon. Arthur D. Spatt, U.S.D.J.